Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS, an individual, | Case No. |
| Plaintiff, | COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| v. | |
| VILLAWAY, INC., a Delaware corporation; and DOES 1-10, | Jury Trial Demanded |
| Defendants. | |

Plaintiff Brandon Vogts, through counsel, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

# PARTIES

4. Plaintiff Brandon Vogts is a professional photographer presently residing in Los Angeles, California. Vogts specializes in photographing real estate and architecture.

5. Upon information and belief, Defendant Villaway, Inc. is a Delaware corporation with its principal place of business located 8730 Sunset Blvd, Suite 200, West Hollywood, CA 90069. Villaway owns, operates, or controls the commercial website villaway.com.

6. Upon information and belief, Defendants DOES 1-10, (collectively with Villaway, "Defendants") are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful acts alleged herein. The true names, whether corporate, individual, or otherwise, of DOE Defendants are presently unknown to Plaintiff, who therefore sues said DOE Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7. Upon information and belief, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each and all of the acts or conduct alleged, with full knowledge of each and every violation of Plaintiff's rights and the damages proximately caused thereby.

## DEFENDANTS' INFRINGEMENT OF THE SUBJECT PHOTOGRAPH

8. Vogts took and owns an original photograph registered with the U.S. Copyright Office ("Subject Photograph").

9. Following the publication and display of the Subject Photograph, Defendants (and each one of them) copied, uploaded, and displayed a verbatim copy of the Subject Photograph for commercial purposes on villaway.com without Vogts' permission (collectively, the "Accused Posts"):

| Subject Photograph | Accused Posts |
|---|---|
| <br>20180107_11211_Laurie_022 | <br>https://www.villaway.com/luxury-rentals/studio-city<br><br><br>https://www.villaway.com/luxury-rentals/studio-city |

10. In January and July 2025, Vogts sent correspondence to Villaway demanding that they remove the Accused Post and provide information regarding the unauthorized exploitation of the Subject Photograph to explore an amicable resolution without litigation. Villaway did not meaningfully respond, necessitating this action.

## FIRST CLAIM FOR RELIEF

**(For Copyright Infringement – Against All Defendants, and Each)**

11. Vogts incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

12. Upon information and belief, Defendants, and each of them, had access to Subject Photograph, including through (a) access to Vogts' publicly accessible website; (b) multiple listing services; (c) a third-party website; (d) an authorized licensee of the Subject Photograph; (e) internet search engine; and/or (f) the Accused Posts being verbatim copies of, and thus strikingly similar to, the Subject Photographs.

13. Defendants, and each of them, displayed, distributed, and/or otherwise used the Subject Photograph for commercial purposes without Plaintiff's permission.

14. Due to Defendants' (and each of their) acts of copyright infringement, Plaintiff has been damaged in an amount to be established at trial.

15. Due to Defendants' (and each of their) acts of copyright infringement, Defendants, and each of them, have obtained profits they would not have realized but for their infringement. As such, Plaintiff is entitled to disgorgement of Defendants' profits attributable to their infringement in an amount to be established at trial.

16. Upon information and belief, Defendants, and each of them, committed copyright infringement with actual or constructive knowledge of, or in reckless disregard or willful blindness for, Plaintiff's copyrights, such that said acts of copyright infringement were willful.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows against all Defendants and with respect to each claim for relief:

   a. An Order declaring that Defendants infringed Plaintiff's copyrights in the Subject Photograph;
   b. That Plaintiff be awarded all Defendants' profits, plus all Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at the time of trial; or alternatively, if elected, statutory damages as available under the 17 U.S.C. § 504;
   c. That Plaintiff be awarded his attorneys' fees as available under 17 U.S.C. § 505;
   d. That Plaintiff be awarded his recoverable costs in this action;
   e. That Plaintiff be awarded pre-judgment interest as allowed by law; and
   f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

/ / /

## **JURY DEMAND**

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: September 26, 2025

Respectfully submitted,

By: /s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*