JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON VOGTS, | CV 25-9254 PA (JCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| VILLAWAY, INC., et al., | |
| Defendant(s). | |

Pursuant to this Court's December 30, 2025 Minute Order granting the Motion for Default Judgment filed by plaintiff Brandon Vogts ("Plaintiff") against defendant Villaway, Inc. ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Plaintiff shall recover from Defendant the amount of $3,905 (consisting of $3,000 in statutory Copyright damages, $500 in attorneys' fees, and $405 in costs); and

2. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment.

DATED: December 30, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE